United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 19-07523-MGW
Debra Ann Hernandez                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8          User: cahyen          Page 1 of 1          Date Rcvd: Aug 12, 2019
                             Form ID: 309A          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db              +Debra Ann Hernandez,   10208 Oak Forest Dr,   Riverview, FL 33569-5973
28426746        +Macy's c/o National Bank,   PO Box 78008,   Phoenix, AZ 85062-8008
28426747        +Marcadis Singer, P.A.,   5104 South Westshore Blvd.,   Tampa, FL 33611-5650
28426749        +RHC Master Association,   P.O. Box 23647,   Tampa, FL 33623-3647
28426750        +Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave, Ste 100,   Boca Raton, FL 33487-2853
28426751        +Rushmore Loan Management Services,   PO Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: katelyn@brandonlawyer.com Aug 12 2019 23:36:39   Katelyn M Vinson,
                  The Golden Law Group,   808 Oakfield Drive, Suite A,   Brandon, FL  33511
tr               EDI: QRMDAUVAL.COM Aug 13 2019 03:33:00    Richard M Dauval,   P.O. Box 13607,
                  St. Petersburg, FL  33733-3607
ust             +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Aug 12 2019 23:37:42
                  United States Trustee - TPA7/13,   Timberlake Annex, Suite 1200,   501 E Polk Street,
                  Tampa, FL 33602-3949
28426743         EDI: CAPITALONE.COM Aug 13 2019 03:28:00    Capital One,   PO Box 30285,
                  Salt Lake City UT 84130-0285
28426744        +EDI: DISCOVER.COM Aug 13 2019 03:28:00    Discover Financial Svcs. LLC,   P.O. Box 3025,
                  New Albany, OH 43054-3025
28426745        +EDI: IRS.COM Aug 13 2019 03:28:00    Internal Revenue Service,   Central Insolvency Operation,
                  PO Box 7346,   Philadelphia, PA 19101-7346
28426748        +E-mail/Text: newbk@Regions.com Aug 12 2019 23:37:27   Regions Bank,   PO Box 10063,
                  Birmingham, AL 35202-0063
28426752        +EDI: RMSC.COM Aug 13 2019 03:28:00    Steinmart,   P.O.Box 103104,   Roswell, GA 30076-9104
28426753        +EDI: RMSC.COM Aug 13 2019 03:28:00    Synchrony Bank,   170 West Election Road,   Suite 125,
                  Draper, UT 84020-6425
                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
          Katelyn M Vinson    on behalf of Debtor Debra Ann Hernandez katelyn@brandonlawyer.com,
          igotnotices2@brandonlawyer.com
          Richard M Dauval    rdauval@leavenlaw.com,  rdauval@ecf.axosfs.com,sellassets@ecf.inforuptcy.com,
          mfowler@leavenlaw.com,emartin@leavenlaw.com
          United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                               TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Debra Ann Hernandez** | Social Security number or ITIN   **xxx–xx–9578** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter **7   8/9/19** |
| Case number:   **8:19–bk–07523–MGW** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Debra Ann Hernandez | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 10208 Oak Forest Dr<br>Riverview, FL 33569 | | |
| 4. | **Debtor's attorney**<br>Name and address | Katelyn M Vinson<br>The Golden Law Group<br>808 Oakfield Drive, Suite A<br>Brandon, FL 33511 | | Contact phone 813–413–8700<br>Email:  katelyn@brandonlawyer.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Richard M Dauval<br>P.O. Box 13607<br>St. Petersburg, FL 33733–3607 | | Contact phone 727–327–3328 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Debtor **Debra Ann Hernandez**                                                    Case number **8-19-bk-07523-MGW**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: August 12, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **September 11, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. \*\*\*** | Location:<br><br>**Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: November 12, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |